## CIVIL MINUTES

DATE: 4-13-12     CASE NUMBER: 1:10CV765     START 10:05

JUDGE: Lee     REPORTER: R. Wilson     END 10:22

United States

v.

Ishmail Jones

Counsel for Plaintiff(s): Kevin Mikolashek

Counsel for Defendant(s): Laurin Mills

THIS MATTER CAME ON FOR HEARING ON:

Pltff's amended motion for summary judgment for remedy - heard. Findings stated: a remedy is favored here - granted injunction, & a written order to follow.